SOMACH, SIMMONS & DUNN
A Professional Corporation
ROBERT B. HOFFMAN, ESQ. (SBN 48020)
TIMOTHY M. TAYLOR, ESQ. (SBN 144335)
KRISTEN T. CASTAÑOS, ESQ. (SBN 198672)
813 Sixth Street, Third Floor
Sacramento, California 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

COUNTY OF COLUSA
HENRY RODEGERDTS (SBN 48557)
County Counsel
1213 Market Street
Colusa, California 95932
Telephone: (530) 458-8227
Facsimile: (530) 458-2701

Attorneys for Plaintiff
County of Colusa, California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF COLUSA, CALIFORNIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALE NORTON, as SECRETARY OF ) <br> UNITED STATES DEPARTMENT OF ) <br> INTERIOR, and PACIFIC REGIONAL ) <br> DIRECTOR OF BUREAU OF INDIAN ) <br> AFFAIRS, ) <br> ) <br> Defendants. ) <br> ) | Case No. CIV. S-03-0305 MCE JFM <br><br> ORDER RE DEADLINE FOR <br> DEFENDANTS TO ANSWER |

The parties to this action having filed a Joint Status Report and Statement Regarding Federal Rules of Civil Procedure, Rule 26(f) Discovery Plan and having agreed to extend the deadline for the Defendants to answer or otherwise respond to the complaint, and good cause appearing therefore, the deadline for the Defendants to answer or otherwise respond to the complaint is extended by 90 days, to September 28, 2005.

IT IS SO ORDERED.

Dated: July 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE